IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRIE JOHNSON, as administratrix of the Estate of ALQUWON JOHNSON, deceased, </br>                 Plaintiff, </br> v. </br> </br> RYAN CONNER; SONYA MAYO; </br> BARBOUR COUNTY; GEORGE PARHAM; </br> BARBOUR COUNTY COMMISSION, et al., </br>                 Defendants. | Case No. 2:12cv392-WHA </br> (wo) |

ORDER

Upon consideration of the Defendants' Motion for Reconsideration and Motion to Issue a Certified Question to the Alabama Supreme Court (Doc. #44), it is hereby ORDERED that the Motions are DENIED without prejudice to being refiled at an appropriate time later in the proceedings.

Done this 24th day of September, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE