IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRIE JOHNSON, as administratrix of the Estate of ALQUWON JOHNSON, deceased, )<br>     Plaintiff, )<br>v. )<br> )<br>RYAN CONNER; SONYA MAYO; )<br>BARBOUR COUNTY; GEORGE PARHAM;)<br>BARBOUR COUNTY COMMISSION, et al., )<br> )<br>     Defendants. ) | Case No. 2:12cv392-WHA<br><br>(wo) |

## ORDER

Upon consideration of the Defendants' Motion for Reconsideration and Motion to Issue a Certified Question to the Alabama Supreme Court (Doc. #44), it is hereby ORDERED that the Motions are DENIED without prejudice to being refiled at an appropriate time later in the proceedings.

Done this 24th day of September, 2012.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE